RECEIVED

JUN 2 0 2005

may
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PATRICIA S. GORDON, ET UX | CIVIL ACTION 3-05-449 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| ARYON McGUIRE, ET AL | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the plaintiff's motion to remand, Doc. 10, is GRANTED. This case is ordered remanded to the Fourth Judicial District Court, Parish of Ouachita, State of Louisiana.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 17 day of June 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2